# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAN CAPERS, JR., ON HIS OWN BEHALF AND ALL SIMILARLY SITUATED INDIVIDUALS,**

    **Plaintiff,**

-vs-            **Case No. 6:11-cv-457-Orl-28TBS**

**NOAH'S ARK REPAIR SERVICE, INC., MICHAEL POTTER,**

    **Defendants.**

_____

## ORDER

This case is before the Court on the Parties' Joint Motion for Approval of Settlement Agreement and Dismissal of the Action with Prejudice (Doc. No. 98) filed May 29, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

  1.  That the Report and Recommendation filed May 31, 2013 (Doc. No. 99) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

  2.  The Parties' Joint Motion for Approval of Settlement Agreement and Dismissal of the Action with Prejudice (Doc. No. 98) is **GRANTED**.

3. The Court approves the Parties' Settlement Agreement as a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act issues.

4. All pending motions are denied as moot.

5. This case is dismissed with prejudice.

6. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 19th day of June, 2013.

                                                                 _____
                                                                 JOHN ANTOON II
                                                                 United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record